Michelle K. Fossum, WSBA #20249
Kristina R. Montanez, WSBA #48549
Sayre Sayre & Fossum, P.S.
201 W. North River Dr., Suite 460
Spokane, WA 99201
Tel: (509) 325-7330    Fax: (509) 325-7334
michelle@sayrelaw.com
kristina@sayrelaw.com
gina@sayrelaw.com

The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NATHAN HOLBURN, | ) |
| | ) No.: C18-5018-BHS |
| Plaintiff, | ) |
| | ) **MOTION TO ORDER** |
| vs. | ) **AUTHORIZING TAKING** |
| | ) **OF DEPOSITIONS BEYOND** |
| KITSAP PUBLIC HEALTH | ) **THE DISCOVERY CUTOFF** |
| DISTRICT, | ) **TO ACCOMMODATE THE** |
| | ) **WITNESSES' SCHEDULING** |
| Defendant. | ) **CONFLICTS** |
| | ) |

---

**NOTE ON MOTION CALENDAR:** August 2, 2019.

Defendant Kitsap Public Health District ("KPHD"), by and through Michelle K. Fossum of Sayre Sayre & Fossum, P.S., pursuant to Fed. R. Civ. P. 26, submits the following Motion to Authorize Plaintiff to schedule the depositions of three employees of Kitsap Public Health District after the

MOTION TO AUTHORIZE DEPOSITIONS
BEYOND DISCOVERY CUTOFF TO
ACCOMMODATE WITNESSES (C18-5018BHS) ....P.1

201 W. North River Dr., Suite 460   Spokane, WA 99201-2262
(509) 325-7330   FAX (509) 325-7334

**SAYRE SAYRE & FOSSUM** ATTORNEYS AT LAW

discovery cutoff date to accommodate the scheduling conflicts of the witnesses. This motion is supported by the declaration of Michelle K. Fossum submitted herewith.

On July 9, 2019, Plaintiff issued Notices of Deposition for seven employees of Kitsap Public Health District for the week of August 5-9. The discovery cut-off is August 12, 2019. Unfortunately, two of the employees, Dawn Morris and John Kiess, have personal conflicts on the date their deposition was to take place. Specifically, Dawn Morris is scheduled for Monday August 5, but is moving her daughter to college August 5-8. Jon Kiess is scheduled for Wednesday, August 7, but has a prescheduled family vacation which includes the dates of August 5-8.

Kitsap Public Health District suggested that the order of the witnesses be adjusted within the week selected by Plaintiff, but Plaintiff refused on the basis that the order of the witnesses was important. The parties held a CR 37 conference regarding the scheduling on July 17, and it was agreed that the depositions would be scheduled for Thursday and Friday, August 8 and 9, and then August 12, 13 and 15 of the following week. All witnesses are available on the dates indicated and this schedule maintains Plaintiff's requested deposition order.

MOTION TO AUTHORIZE DEPOSITIONS
BEYOND DISCOVERY CUTOFF TO
ACCOMMODATE WITNESSES (C18-5018BHS) ....P.2

201 W. North River Dr., Suite 460  Spokane, WA 99201-2262
(509) 325-7330  FAX (509) 325-7334


SAYRE SAYRE & FOSSUM ATTORNEYS AT LAW

Subsequent to the CR 37 conference, Plaintiff's counsel expressed concern that LCR 16(B)(5) requires court approval of any deviation from the scheduling order and is unwilling to amend the notices of deposition without court approval. Counsel then indicated that if Defendants would agree to his anticipated motion to continue the trial date, these scheduling issues could be avoided. Defendant does not agree to a continuance of the trial date.

Defendant offered to draft a Stipulated Motion and Order requesting authorization to take the depositions outside of the discovery deadline, but Plaintiff refused, stating that a motion could be filed if the Court denies the motion to continue. Given that the witness for the first deposition is unavailable, and that deposition is only ten (10) working days away, a resolution to this issue is requested prior to the Court's decision on the continuance.

Based on the above, Defendant requests that the Court strike the existing Notices of Deposition and authorize the Plaintiff to take the requested depositions as follows:

1. Dawn Morris: August 8, 2019 at 9:00 a.m.
2. Tim Quayle: August 9, 2019 at 1:00 p.m.
3. John Kiess: August 10, 2019 at 9:00 a.m.

MOTION TO AUTHORIZE DEPOSITIONS
BEYOND DISCOVERY CUTOFF TO
ACCOMMODATE WITNESSES (C18-5018BHS) ....P.3

201 W. North River Dr., Suite 460  Spokane, WA 99201-2262
(509) 325-7330  FAX (509) 325-7334


SAYRE SAYRE & FOSSUM ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| 1 | 4. | Eric Evans: | August 12, 2019 at 9:00 a.m. |
| 2 | 5. | Jim Zimny: | August 13, 2019 at 9:00 a.m. |
| 3 4 | 6. | Karen Holt: | August 13, 2019 at 11:00 a.m. |
| 5 | 7. | Keith Grellner: | August 15, 2019 at 9:00 a.m. |

Should the Court ultimately grant a continuance, the parties can work together toward alternate deposition dates within the discovery period.

Respectfully submitted this 22nd day of July, 2019.

**SAYRE, SAYRE & FOSSUM**

By: *Michelle K. Fossum*
Michelle K. Fossum
Attorney for Defendant
201 W. North River Drive, Suite 460
Spokane, WA 99201-2262
Telephone: (509) 325-7330
Fax: (509) 325-7334
michelle@sayrelaw.com


SAYRE SAYRE & FOSSUM ATTORNEYS AT LAW

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

> Ronald L. Jackson
> Jackson Law Firm
> 1203-114th Avenue SE
> Bellevue, WA 98004
> Telephone: (425) 646-6315
> Fax: (425) 454-6310
> ron@ronaldjacksonlaw.com

Dated this 22nd day of July, 2019, at Spokane, Washington.

> /s/ Gina Christensen
> Gina Christensen, Legal Assistant
> Sayre Sayre & Fossum, P.S.
> 201 W. North River Dr., Ste. 460
> Spokane, WA 99201
> Tel: 509-324-9500
> Fax: 509-324-9505
> gina@sayrelaw.com

MOTION TO AUTHORIZE DEPOSITIONS
BEYOND DISCOVERY CUTOFF TO
ACCOMMODATE WITNESSES (C18-5018BHS) ....P.5

SAYRE SAYRE & FOSSUM ATTORNEYS AT LAW
201 W. North River Dr., Suite 460  Spokane, WA 99201-2262
(509) 325-7330  FAX (509) 325-7334